# NEWTON & HOWELL, P.C.
### 127 1/2 EAST SOLOMON STREET
### GRIFFIN, GEORGIA 30224

JOHN T. NEWTON, JR.
GRIFFIN E. HOWELL, III
LISA D. LOFTIN

P.O. BOX 551
TELEPHONE 770-227-0110
Fax: 770-227-0112
Bankruptcy Fax: 770-227-5898

January 5, 2011

Clerk, United States Bankruptcy Court
Newnan Division
P.O. Box 2328
Newnan, GA   30263

      RE:    Audie Elmo Ingram and Deborah Lynn Ingram
              Chapter 7 Case No. 06-11313

Dear Clerk:

    Enclosed please find check number 1014 in the amount of .57 cents representing a payment under $5.00 pursuant to the attached Chapter 7 Dividend Distribution Report.

    If you have any questions or need anything further, please let me know.

                                        Sincerely,

                                        NEWTON & HOWELL, P.C.

                                        Griffin E. Howell, III

GEHiii/vsl
Encl.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| In Re: | Case No.:06-11313-WHD |
|---|---|
| AUDIE ELMO INGRAM<br>DEBORAH LYNN INGRAM<br><br>Debtor(s) | Chapter: 7<br><br>Honorable W. H. Drake |

## CHAPTER 7 DIVIDEND DISTRIBUTION REPORT

Since the filing of the original Trustee's Final Report on November 9, 2010, additional interest in the amount of $0.00 accrued on this account. The approved final distributions in the above-styled case are:

**Chapter 7 administrative expenses:**

| APPLICANT'S NAME | ALLOWED FEES | ALLOWED EXPENSES | AMOUNT TO BE PAID |
|---|---|---|---|
| GRIFFIN E. HOWELL, III, Trustee | $1,309.41 | $229.72 | $1,539.13 |
| CLERK, UNITED STATES BANKRUPTCY COURT, Clerk of the Court Costs (includes adversary and other filing fees) | $0.00 | $260.00 | $260.00 |
| NEWTON & HOWELL, P.C., Attorney for Trustee (Trustee Firm) | $1,250.00 | $0.00 | $1,250.00 |
| **TOTAL:** | **$2,559.41** | **$489.72** | **$3,049.13** |

**Unsecured claims:** Claims of general unsecured creditors totaling $178,918.72 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 1.422400071%, but may vary if the amounts allowed for administrative expenses vary from the applications set forth above.

| APPLICANT'S NAME | ALLOWED AMOUNT OF CLAIM | DIVIDEND AMOUNT |
|---|---|---|
| American Express Bank FSB | $40.00 | $0.57 |
| Chase Bank USA NA | $1,291.12 | $18.36 |
| CitiFinancial Auto, Ltd. | $5,622.21 | $79.97 |
| Georgia Lottery Corporation | $20,476.96 | $291.26 |
| Walthal Oil Company | $105,907.86 | $1,506.43 |
| eCAST SETTLEMENT CORPORATION | $6,149.39 | $87.47 |
| eCAST Settlement Corporation | $12,330.54 | $175.39 |

| | | |
|---|---:|---:|
| eCAST Settlement Corporation | $10,823.99 | $153.96 |
| eCAST Settlement Corporation | $11,327.76 | $161.14 |
| eCAST Settlement Corporation assignee of Chase | $4,948.89 | $70.39 |

**TOTAL AMOUNT DISBURSED ON THIS REPORT:**          $5,594.07

Prepared by:

*/s/ Griffin E. Howell, III*

GRIFFIN E. HOWELL, III, Chapter 7 Trustee
GA BAR NO.: 372225
NEWTON & HOWELL, P.C.
127 ½ E. Solomon Street
P.O. Box 551
Griffin, GA 30224-0551
Ph: (770) 227-0110
Fax: (770) 227-0112
Email: newhow@bellsouth.net

Reviewed and approved by:

*/s/ Jeneane Treace*

R. Jeneane Treace, Esquire
Attorney for the United States Trustee
GA BAR NO.: 716620
**United States Department of Justice**
*Office of the United States Trustee*
Suite 362, Richard Russell Building
75 Spring Street, S.W.
Atlanta, GA 30303
404-331-4437, ext. 122
Email: Jeneane.Treace@USDOJ.gov

```
            U. S. BANKRUPTCY COURT
         NORTHERN DISTRICT OF GEORGIA
               NEWNAN DIVISION

              # 00081300 - GW
               January 6, 2011
          Reprinted January 6, 2011


Code       Case No      Qty      Amount By

UC         06-11313              $0.57 CK
  Judge   - W. H. Drake
  Debtor  - A. E. INGRAM



TOTAL:                           $0.57


FROM: Griffin E. Howell, III
      Newton & Howell, PC
      PO Box 551
      Griffin, GA 30224
```

Page 1